W. CHRISTIAN KRANKEMANN (SBN 220438)
MARTIN T. REILLEY (SBN 83697)
KRANKEMANN LAW OFFICES P.C.
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California 95404
Telephone: (707) 524-2200
wck@krankemann.com
mtr@krankemann.com

Attorney for Plaintiffs
DAVID CLINE, Individually and as Guardian ad litem for GC, a minor, and JC, a minor,
JACKSON CLINE, and ZAHANN CLINE

KRANKEMANN LAW OFFICES P.C.
ATTORNEYS AT LAW
420 E Street, Suite 100 | Santa Rosa, California 95404
Telephone (707) 524-2200 | Facsimile (866) 858-0100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID CLINE, a California resident, Individually and as Guardian ad litem for GC, a minor, and JC, a minor, JACKSON CLINE, a California resident, and ZAHANN CLINE, a California resident,

Plaintiffs,

vs.

CALPINE OPERATING SERVICES COMPANY, INC., a Delaware corporation, and GEYSER POWER COMPANY, LLC, a Delaware limited liability company,

Defendants.

CASE NO.: 3:26-cv-14012

**~~[Proposed]~~ ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

On November 18, 2026, David Cline, as a plaintiff and as proposed guardian ad litem for GC, a minor, and JC, a minor, filed a complaint sounding in wrongful death claims following the death of their father, George Cline, Sr. On the same day, Plaintiffs filed a petition to appoint David Cline as guardian ad litem to represent GC, a minor, and JC, a minor, in this matter.

"To maintain a suit in federal court, a child …. Must be represented by a competent adult." *Doe ex rel, Sisco v. Weed Union Elementary School District*, 2:13-cv-01145, 2013 WL 2666024 at *1 (E.D.Cal. June 12, 2013) (citation omitted). Rule 17(c)(2) permits a minor who does not previously have an appointed representative to sue by "a next friend or a guardian ad litem. The

KRANKEMANN LAW OFFICES P.C.
ATTORNEYS AT LAW
420 E Street, Suite 100 | Santa Rosa, California 95404
Telephone (707) 524-2200 | Facsimile (866) 858-0100

court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor… who is unrepresented in an action."

A court has broad discretion in ruling on a guardian ad litem application. *Basque v. City of Placer*, 2017 U.S. Dist LEXIS 117290 at *2 (E.D. Cal. July 26, 2017).

Upon review, the Court finds Plaintiffs request to appoint David Cline as the guardian ad litem for GC, a minor, and JC, a minor, should be granted. There is nothing before the Court to undermine David Cline's declaration that he will act in his brothers' best interests.

Accordingly, IT IS ORDERED THAT:

1. The Petition for Appointment of Guardian Ad Litem is GRANTED, and
2. David Cline is hereby appointed guardian ad litem for GC, a minor, and JC, a minor.

Dated: November 20, 2026

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE